IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAQUANDRA ERICA ROSS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:14cv00346 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ALBEMARLE-CHARLOTTESVILLE | ) | |
| REGIONAL JAIL, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that Ross's 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Ross has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

Entered: October 20, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge